## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



RECEIVED & FILED
00 JAN 19 AM 9 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

<u>CARMEN N. BARRERAS-RUIZ,
MARIA AGRAIT ARROYO,
CARLOS MANZANAL VALENCIA,
AND RITA MELENDEZ MORALES,</u>

VS.                                    CIVIL NO. <u>  96-2300  </u> (JAF)

<u>THE AMERICAN TOBACCO COMPANY,
ET AL.,</u>

### DESCRIPTION OF MOTION

| DATE FILED: 12/16/99 DOCKET:102 | TITLE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE. |
|---|---|
| [X] Plffs.          [X] Defts. | |

### O-R-D-E-R

Approved. Judgment shall be entered accordingly.

1/13/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

104

11