UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CARMEN N. BARRERAS-RUIZ;
MARIA AGRAIT-ARROYO; and
RITA MELENDEZ-MORALES,

    Plaintiffs,

    v.                                    CIVIL NO. 96-2300 JAF

THE AMERICAN TOBACCO COMPANY;
AMERICAN BRANDS, INC.; R.J.
REYNOLDS TOBACCO COMPANY;
PHILIP MORRIS, INC.; BROWN
AND WILLIAMSON TOBACCO
CORPORATION; LORILLARD
TOBACCO COMPANY, INC.;
LORILLARD, INC.; THE TOBACCO
INSTITUTE, INC.; B.A.T.
INDUSTRIES PLC, AND THE
COUNCIL FOR TOBACCO RESEARCH
- USA INC.,

    Defendants.

## J U D G M E N T

On the basis of an Order subscribed by the court today in relation to <u>Docket Document No. 102</u>, judgment is entered dismissing the complaint with prejudice, subject to the terms and conditions of the stipulation entered into by the parties, each party to bear its own costs, expenses, and fees. This judgment is firm, final, and unappealable from this date.

San Juan, Puerto Rico, this 13th day of January, 2000.

JOSE ANTONIO FUSTE
U.S. District Judge

AO 72
(Rev 8/82)