UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CARLOS MANZANAL VALENCIA,

    Plaintiff,

    v.

THE AMERICAN TOBACCO COMPANY;
AMERICAN BRANDS, INC.; R.J.
REYNOLDS TOBACCO COMPANY;
PHILIP MORRIS, INC.; BROWN
AND WILLIAMSON TOBACCO
CORPORATION; LORILLARD
TOBACCO COMPANY, INC.;
LORILLARD, INC.; THE TOBACCO
INSTITUTE, INC.; B.A.T.
INDUSTRIES PLC, AND THE
COUNCIL FOR TOBACCO RESEARCH
- USA INC.,

    Defendants.

CIVIL NO. 96-2300 JAF

## J U D G M E N T

The Stipulation for Voluntary Dismissal with Prejudice filed by the parties on January 12, 2000, is approved by the court. The case is now dismissed with prejudice, subject to the terms and conditions of the stipulation, each party to bear its own costs, expenses, and fees. This judgment is firm, final, and unappealable from this date.

San Juan, Puerto Rico, this 13th day of January, 2000.

JOSE ANTONIO FUSTE
U.S. District Judge

AO 72
(Rev 8/82)